### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| **PATTY THOMAS, individually and behalf of all other similarly situated persons,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **KELLOGG COMPANY and KELLOGG SALES COMPANY,** <br><br> **Defendants.** | **Case No. 3:13-cv-05136** |

### . NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE the firm of Getman, Sweeney & Dunn, PLLC will be changing its location. Effective July 1, 2017, the new address is 260 Fair Street, Kingston, New York 12401. The telephone number, facsimile and email address will remain the same.

June 26, 2017

*s/ Matt Dunn*

Matt Dunn (PHV)
Dan Getman (PHV)
**Getman, Sweeney & Dunn, PLLC**
9 Paradies Lane
New Paltz, New York 12561
Telephone: (845) 255-9370
Fax: (845) 255-8649

Michael C. Subit
**FRANK FREED SUBIT & THOMAS LLP**
Suite 1200
Hoge Building
705 Second Avenue
Seattle, Washington 98104-1729

**Attorneys for Plaintiffs, the FLSA Collective Action Class, and the Washington Class**

**Certificate of Service**

I hereby certify that on this date, I electronically filed these documents with the clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel in this case.


Dated: June 26, 2017



*s/ Matt Dunn*

**Getman, Sweeney & Dunn, PLLC**
Matt Dunn (PHV)
Dan Getman (PHV)
New Paltz, New York 12561
Telephone: (845) 255-9370
Fax: (845) 255-8649

Michael C. Subit
**FRANK FREED SUBIT & THOMAS LLP**
Suite 1200
Hoge Building
705 Second Avenue
Seattle, Washington 98104-1729

**Attorneys for Plaintiffs, the FLSA
Collective Action Class, and the
Washington Class**