
|  |  |
|---|---|
| HONORABLE RONALD B. LEIGHTON | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATTY THOMAS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KELLOGG COMPANY, et al.,<br><br>　　　　　　Defendants. | CASE NO. C13-5136RBL<br><br>ORDER ON MOTIONS IN LIMINE |

THIS MATTER is before the Court on the Plaintiffs' Motions *in limine* [Dkt. #474] and the Defendants' Motions *in limine* [Dkt. #472]. The Court's rulings follow.

- The Plaintiffs' Motion to Exclude separation agreements and severance benefits is **GRANTED.**

- The Plaintiffs' Motion to Exclude evidence of the Kentucky McCartt case is **GRANTED**.

- The Plaintiffs' Motion to Exclude the "happy camper" declarations is **DENIED**.

- The Plaintiffs' Motion to Exclude the Plaintiffs' "LinkedIn" profiles is **DENIED**.

- The Plaintiffs' Motion to Exclude Evidence not produced in discovery is **RESERVED**. However, the Motion to Exclude the Jury View KASA videos is **DENIED**.
- The Defendants' Motion (No. 1) to Exclude Plaintiffs' FRE 1006 Summaries is **DENIED**.
- The Defendants' Motion (No. 2) to Exclude Preclude Plaintiffs from calling "Kellogg" as a trial witness is **DENIED** as moot.
- Defendants' Motion (No. 3) to Exclude testimony offering or describing non-testifying opt-in plaintiffs' work; customer managers' out-of-court statements; and the impact of plaintiffs' hours, is **GRANTED**.
- Defendants' Motion (No. 4) to Exclude the Willard Bishop Documents is **DENIED**.
- Defendants' Motion (No. 5) to Exclude the Logan Groulx Documents is **DENIED**.

The hearing previously scheduled for Thursday November 30 will be held telephonically, and will consist primarily of a pre-trial conference.

IT IS SO ORDERED.

Dated this 28th day of November, 2017.

Ronald B. Leighton
United States District Judge