**Honorable Ronald B. Leighton**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| PATTY THOMAS, JENNIFER DOWLING, KELLY DYE, JR., ROBERT GIBSON, LAURA WISBY, DAVID RINK, JUDY BRASHEAR, DAVID MASTENBROOK, ARMOND MCWELL, SOLIMAN SAYEDI, and BRUCE JOHNSON, individually and on behalf of all other similarly situated persons,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY and KELLOGG SALES COMPANY,<br><br>　　　Defendants. | CASE NO.: 3:13-cv-05136-RBL<br><br>**NOTICE OF LODGING OF PROPOSED ORDER** |

NOTICE OF LODGING OF PROPOSED ORDER
(DKT. 338) (3:13-cv-05136-RBL)

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111

On November 9, 2017, during oral argument on numerous pending pre-trial motions, Defendants Kellogg Company and Kellogg Sales Company (together, "Kellogg") raised the issue of whether the Plaintiffs who failed to comply with this Court's January 20, 2016 order to respond to Kellogg's discovery requests (Dkt. 338) should remain in this case. (Jan. 20, 2016 Hr'g Tr. 24:9-23). The parties previously jointly identified 117 individuals who failed to respond to Kellogg's written discovery requests as ordered by this Court (Dkt. 354), and briefed the issue of the dismissal of their claims (Dkts. 355, 358). During the November 9, 2017 hearing, the Court indicated its intent to resolve this issue in short order. (Jan. 20, 2016 Hr'g Tr. 25:18-19).

On November 21, 2017, the parties filed a Joint Stipulation of Dismissal of Certain Opt-in Plaintiffs. (Dkt. 486). Although some of the Plaintiffs who failed to respond to discovery were dismissed by this agreement, a total of 58 Plaintiffs who failed to respond to discovery in compliance with the Court's January 20, 2016 Order remain in this case:

1. JAMI BAKER
2. NORMAN BARNEY
3. THOMAS BOTTICHIO
4. GARRETT BRASHEAR
5. CEDRIC BURCH
6. BLAKE BURNETT
7. ROBERT CONGER
8. DAVID CORDES
9. JOHN FABANISH
10. KRISTINA FARIAS
11. ALFREDO FLORES
12. JOHN GALLOWAY
13. JAMES GANPAT
14. BONITA GIGLIO

NOTICE OF LODGING OF PROPOSED ORDER
(DKT. 338) (3:13-cv-05136-RBL) - 1

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111

15. BELINDA GILGENBACH

16. WILLIAM GUFFEY

17. JAMES HAGEN

18. SUSAN HART

19. FRANKLIN HENDERSON

20. ANTHONY HILL

21. KATHERINE HOWELL

22. MARK HOWELL

23. DONNA HOWELL

24. JOSEPH JR HUNLEY

25. JONATHAN JENKINS

26. BRION KNEPP

27. RANDY KUCHENBECKER

28. DANA LEE

29. JOHN LEECH

30. JOE LOYA

31. ARTURO MALDONADO

32. ANTHONY MALLARD

33. ROMMEL MANALO

34. JAMES MCKEAGUE

35. MONICA MULLIS

36. PENNY NELSON

37. PHILIP NUSSBAUM

38. GREGORY OSWALT

39. CARLOS QUILES

40. SCOTT QUIRING

41. RACHEL REALMUTO

NOTICE OF LODGING OF PROPOSED ORDER
(3:13-cv-05136-RBL) - 2

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111

1. 42. JOSEPH REED
2. 43. JOSEPH RESTIVO
3. 44. ROBERT REYES
4. 45. JOHN RICHARDSON
5. 46. BOB ROBERTS
6. 47. JAMES ROBINSON
7. 48. DOUGLAS SPEER
8. 49. DIANE STEIN
9. 50. CRAIG STOLLER
10. 51. ROBIN SWEENEY
11. 52. MARIA THARP
12. 53. CATHY THOMAS
13. 54. DEREK TYKWINSKI
14. 55. JESUS VARELA
15. 56. DEBORAH VOGLIARDO
16. 57. JOHN WILSON
17. 58. STEPHANIE WINTLE

Kellogg hereby lodges an updated proposed order dismissing the claims of these **58** remaining Plaintiffs.

Respectfully Submitted,

Dated: November 28, 2017

**GREENBERG TRAURIG LLP**

*/s/ James M. Nelson*_____
JAMES NELSON, WSBA No. 44652
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Fax: (916) 448-1709
nelsonj@gtlaw.com

NOTICE OF LODGING OF PROPOSED ORDER
(3:13-cv-05136-RBL) - 3

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111

JAMES N. BOUDREAU, *pro hac vice*
CHRISTIANA L. SIGNS, *pro hac vice*
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7833
Fax: (215) 988-7801
boudreauj@gtlaw.com
signsc@gtlaw.com

*Attorneys for Defendants Kellogg Company and Kellogg Sales Company*

NOTICE OF LODGING OF PROPOSED ORDER
(3:13-cv-05136-RBL) - 4

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System.

*/s/ James M. Nelson*
James M. Nelson

NOTICE OF LODGING OF PROPOSED ORDER
(3:13-cv-05136-RBL) - 3

GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111