**Honorable Ronald B. Leighton**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICIA THOMAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY and KELLOGG SALES COMPANY,<br><br>    Defendants. | **CASE NO.: 3:13-cv-05136-RBL**<br><br>**STIPULATED EXTENSION OF DEADLINE TO FILE MOTION TO REQUEST APPROVAL OF THE SETTLEMENT AND PROPOSED ORDER**<br><br>**NOTE ON CALENDAR:**<br><br>**JANUARY 31, 2018** |

The parties respectfully request that the Court extend the deadline to request approval of the parties' settlement to February 23, 2018. This is the parties' first request. Last week the Court set a deadline of February 6, 2018. After the parties agreed to settle the case, they continued to, and still continue to work together to bring this nearly five year old case to a conclusion. Under the parties' December 15, 2018 settlement term sheet, the parties agreed to the following deadlines:

- Kellogg provide the first draft of the settlement agreement by January 5, 2018;
- Plaintiffs provide their responses by January 26, 2018; and
- The parties have until February 9, 2018 to resolve any disputes.

The parties exchanged settlement agreements and conferred on the telephone about their

disputes. During that conversation some of the disputes were resolved, but others remain. If disputes remain after February 9, 2018, the parties will submit their disagreement to mediator James A. Smith to resolve them. Once the parties finalize the agreement, signatures from Kellogg and all 11 Named Plaintiffs are also needed. This will take additional time.

      Thus, the parties respectfully request the Court extend the deadline to file the motion to approve the parties' settlement until February 23, 2018.

Dated: January 31, 2018     Respectfully Submitted,

*/s/ Matt Dunn*
Matt Dunn, *pro hac vice*
Michael J.D. Sweeney, *pro hac vice*
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street
Kingston, NY 12401
phone: (845) 255-9370 / fax: (845) 255-8649
email: mdunn@getmansweeney.com
email: msweeney@getmansweeney.com

Michael C. Subit, WSBA No. 29189
Frank Freed Subit & Thomas
Suite 1200
Hoge Building
705 Second Avenue
Seattle, WA 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
msubit@frankfreed.com

**ATTORNEYS FOR PLAINTIFFS**

STIPULATION AND PROPOSED ORDER
 (3:13-cv-05136-RBL) - 2

| | |
|---|---|
| Dated: January 31, 2018 | **GREENBERG TRAURIG LLP** |
| | */s/* James N. Boudreau |
| | James N. Boudreau, pro hac vice |
| | GREENBERG TRAURIG, LLP |
| | 2700 Two Commerce Square |
| | 2001 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 988-7833 |
| | Fax: (215) 988-7801 |
| | boudreauj@gtlaw.com |
| | |
| | James M. Nelson, WSBA No. 44652 |
| | GREENBERG TRAURIG, LLP |
| | 1201 K Street, Suite 1100 |
| | Sacramento, CA 95814 |
| | Telephone: (916) 442-1111 |
| | Fax: (916) 448-1709 |
| | nelsonj@gtlaw.com |
| | |
| | *Attorneys for Defendants Kellogg Company and Kellogg Sales Company* |

**IT IS SO ORDERED.**

DATED: _____, 2018

_____
Ronald B. Leighton
United States District Judge

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by ECF System or by U.S. Mail to the following listed persons, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matt Dunn*
Matt Dunn, *pro hac vice*