**HONORABLE RONALD B. LEIGHTON**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| **PATRICIA THOMAS, et. al, individually and on behalf of all other similarly situated persons,**<br><br>　　**Plaintiffs,**<br>**v.**<br><br>**KELLOGG COMPANY and KELLOGG SALES COMPANY,**<br><br>　　**Defendants.** | **Case No. 3:13-cv-05136**<br><br>**ORDER** |

The Court, having reviewed the parties' Joint Motion For Preliminary Approval Of Fair Labor Standards Act Settlement And To Authorize Notice Of Settlement To Plaintiffs ("Joint Motion"), grants the parties' Joint Motion and orders as follows:

　　(i)　　The Court approves of the form and content of the proposed Notice of Fair Labor Standards Act Settlement and Release of Claims (attached as Exhibit 2 to the parties' Joint Motion);

　　(ii)　　The Court directs the mailing of the Notice of Fair Labor Standards Act Settlement and Release of Claims by First Class Mail by the parties' agreed upon Settlement Administrator;

(iii) The Court orders that any Plaintiff who wishes to opt out of this action and thereby be excluded from the settlement must send notice of their desire to opt out no later than twenty-one (21) calendar days after the Settlement Administrator mails notice of the settlement to Plaintiffs;

(iv) The Court preliminarily approves the Parties' proposed Final Settlement Agreement because (1) the FLSA settlement involves the resolution of a bona fide dispute over an FLSA provision and (2) the settlement appears fair and reasonable;

(v) The Court schedules a hearing on the question of whether the proposed FLSA settlement should finally be approved on the 18th day of May, 2018 at 1:30 pm at United States Courthouse, Union Station, 1717 Pacific Avenue, Courtroom B, Tacoma, WA 98402-3200.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2018.

_____
Ronald B. Leighton
United States District Judge