**HONORABLE RONALD B. LEIGHTON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **PATRICIA THOMAS, et al, individually and on behalf of all other similarly situated persons,**  **Plaintiffs,** v. **KELLOGG COMPANY and KELLOGG SALES COMPANY,**  **Defendants.** | **Case No. 3:13-cv-05136** **PROPOSED ORDER** |

The Court, having reviewed the Plaintiffs' Motion Final Approval of Fair Labor Standards Act Settlement, Service Payments, and Attorneys' Fees and Costs, grants the Plaintiffs' motion and orders as follows:

(i) The Court finally approves the Parties' Final Settlement Agreement because the FLSA settlement (1) involves the resolution of a bona fide dispute over an FLSA provision and (2) is fair and reasonable;

(ii) The Court approves the requested service awards of $20,000 to each of the 11 Named Plaintiffs, and $5,000 to each of the 27 additional deponents, to be deducted from the gross settlement amount;

1    (iii) The Court approves the requested reimbursement of Plaintiffs' Counsels'
2 reasonable expenses of $239,223.73, to be deducted from the gross settlement;
3    (iv) The Court approves the Settlement Administrator's costs of approximately
4 $20,990, to be deducted from the gross settlement amount;
5    (v) The Court approves Plaintiffs' Counsels' reasonable fee request in the amount of
6 $5,496,595, to be deducted from the gross settlement amount;
7    (vi) The Court hereby approves of the release of claims, and orders that the 750
8 Plaintiffs listed in Exhibit 1 have released their claims as provided in the Final Settlement
9 Agreement; and
10    (vii) The Court hereby DISMISSES this action in its entirety with prejudice, dismissing
11 the claims of the 750 Plaintiffs listed in Exhibit 1 with prejudice, which dismissal shall be
12 effective upon the Settlement Effective Date.

**IT IS SO ORDERED.**

Dated this ___ day of May 2018.

                      _____
                      HONORABLE RONALD B. LEIGHTON