**Honorable Ronald B. Leighton**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **PATRICIA THOMAS, et al.,**<br><br>     Plaintiffs,<br><br>v.<br><br>**KELLOGG COMPANY and KELLOGG SALES COMPANY,**<br><br>     Defendants. | **CASE NO.: 3:13-cv-05136-RBL**<br><br>**NOTICE OF ERRATA RE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT, SERVICE PAYMENTS, AND ATTORNEYS' FEES AND COSTS**<br><br>**NOTE ON CALENDAR:**<br>**May 18, 2018** |

PLEASE TAKE NOTICE that Plaintiffs' submit the following Notice of Errata regarding Plaintiffs' motion for final approval the FLSA settlement, service payments, and attorneys' fees and costs, which was filed on May 10, 2018. Dkt. 537.

Footnote 2 on page 2 of the motion states: "While this is Plaintiffs' motion, it is submitted with input and edits from Kellogg." The footnote is corrected to read:

NOTICE OF ERRATA
(3:13-cv-05136-RBL)

GETMAN, SWEENEY & DUNN, PLLC
260 FAIR STREET
KINGSTON, NY 12401
TELEPHONE: (845) 255-9370

Although Kellogg provided input and edits with respect to the motion itself, Kellogg did not review or provide input on Plaintiffs' declarations, and Kellogg disagrees with many of the assertions in Plaintiffs declarations.

Dated: May 11, 2018

Respectfully Submitted,

*/s/ Matt Dunn*
Matt Dunn, *pro hac vice*
Michael J.D. Sweeney, *pro hac vice*
**GETMAN, SWEENEY & DUNN, PLLC**
260 Fair Street
Kingston, NY 12401
phone: (845) 255-9370 / fax: (845) 255-8649
email: mdunn@getmansweeney.com
email: msweeney@getmansweeney.com

Michael C. Subit, WSBA No. 29189
Frank Freed Subit & Thomas
Suite 1200
Hoge Building
705 Second Avenue
Seattle, WA 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
msubit@frankfreed.com

*Attorneys for Plaintiffs*

NOTICE OF ERRATA
(3:13-cv-05136-RBL)

GETMAN, SWEENEY & DUNN, PLLC
260 FAIR STREET
KINGSTON, NY 12401
TELEPHONE: (845) 255-9370