**HONORABLE RONALD B. LEIGHTON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICIA THOMAS, et al, individually and on behalf of all other similarly situated persons,<br><br>　　　Plaintiffs,<br>v.<br><br>KELLOGG COMPANY and KELLOGG SALES COMPANY,<br><br>　　　Defendants. | Case No. 3:13-cv-05136<br><br>ORDER |

　　　The Court, having reviewed the Plaintiffs' Motion Final Approval of Fair Labor Standards Act Settlement, Service Payments, and Attorneys' Fees and Costs, grants the Plaintiffs' motion and orders as follows:

　　　(i)　　The Court finally approves the Parties' Final Settlement Agreement because the FLSA settlement (1) involves the resolution of a bona fide dispute over an FLSA provision and (2) is fair and reasonable;

　　　(ii)　　The Court approves the requested service awards of $20,000 to each of the 11 Named Plaintiffs, and $5,000 to each of the 27 additional deponents, to be deducted from the gross settlement amount;

   (iii) The Court approves the requested reimbursement of Plaintiffs' Counsels' reasonable expenses of $239,223.73, to be deducted from the gross settlement;

   (iv) The Court approves the Settlement Administrator's costs of approximately $20,990, to be deducted from the gross settlement amount;

   (v) The Court approves Plaintiffs' Counsels' reasonable fee request in the amount of $5,496,595, to be deducted from the gross settlement amount;

   (vi) The Court hereby approves of the release of claims, and orders that the 750 Plaintiffs listed in Exhibit 1 have released their claims as provided in the Final Settlement Agreement; and

   (vii) The Court hereby DISMISSES this action in its entirety with prejudice, dismissing the claims of the 750 Plaintiffs listed in Exhibit 1 with prejudice, which dismissal shall be effective upon the Settlement Effective Date.

**IT IS SO ORDERED.**

Dated this 18thd ay of May 2018.

                       _/s/ Ronald B. Leighton_
                       Ronald B. Leighton
                       United States District Judge